# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| ENGINETEC CORP., et al., | ) | CASE NO.  4:09CV568 |
| | ) | |
| PLAINTIFFS, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT ENTRY |
| | ) | |
| | ) | |
| RODERICK A. BOUTIN, et al., | ) | |
| | ) | |
| | ) | |
| DEFENDANTS. | ) | |

For all of the reasons set forth in the Memorandum Opinion filed contemporaneously with this Judgment Entry, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that defendants' dispositive motions (Doc. Nos. 15, 19, 21, 23, 30) are **GRANTED**. Plaintiffs' Complaint is hereby **DISMISSED WITH PREJUDICE**. In light of the Court's dismissal of this action, all outstanding motions are hereby **DENIED** as moot.

**IT IS SO ORDERED**.

Dated: July 27, 2009

_____

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**